*Page 1 of 1*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:96cr63-RH/WCS

LAVORN FORD,

    Defendant.

_____/

## ORDER REDUCING SENTENCE

The term of imprisonment to which defendant Lavorn Ford is sentenced is hereby reduced to a term of one hundred thirty-eight (138) months. In all other respects the original sentence remains unchanged.

SO ORDERED this 16th day of June, 2005.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge